IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAN LEROSS MOSS,

      Petitioner,                    No. 2:12-cv-1181 WBS EFB P

      vs.

CONNIE GIBSON,

      Respondent.               ORDER

                                /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

      Petitioner also requests that the court stay this proceeding while it considers his motion for appointment for counsel. As petitioner's motion for appointment of counsel is denied herein, there is no basis for a stay and that motion is also denied.

////

1

Accordingly, it hereby is ORDERED that petitioner's request for appointment of counsel, Dckt. No. 19, and motion for a stay, Dckt. No. 20, are denied.

Dated: October 24, 2012.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE