IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAN LEROSS MOSS,

      Petitioner,                    No. 2:12-cv-1181 WBS EFB P

   vs.

CONNIE GIBSON,

      Respondent.                <u>ORDER</u>

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 9, 2012, respondent filed an answer to the petition. Pursuant to the court's order, petitioner was required to file a reply, if any, within 30 days of service of the answer. Dckt. No. 10. On December 3, 2012, petition filed a document with the court in which he explains that he attempted to file his traverse, but it was returned to him for insufficient postage. Dckt. No. 22. Petitioner requests that the court now permit him to file an untimely traverse because his original filing would have been timely had he not inadvertently failed to provide proper postage. *Id*. The court construes petitioner's filing as a request for an extension of time to file a traverse. *See* Fed. R. Civ. P. 6(b).

////

////

1

1  Accordingly, it is ORDERED that petitioner's December 3, 2012 request is granted and
2 petitioner has 30 days from the date this order is served to file a traverse.
3 Dated: December 6, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE